UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOLLY GIERTZ-RICHARDSON,

    Plaintiff,

v.                                   Case No.  8:06-cv-1874-T-24MAP

HARTFORD LIFE AND
ACCIDENT INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on Plaintiff's Unopposed Motion to Seal Exhibit 21 of Her Motion for Summary Judgment (Doc. No. 60).  Plaintiff Holly Giertz-Richarson states that Exhibit 21 consists of selected portions of Defendant Hartford Life and Accident Insurance Company's BMS Reference Library ("BMS Library").  Defendant's BMS Library is currently the subject of Defendant's Motion to Require Confidentiality of its BMS Library (Doc. No. 53).  Plaintiff states that the sealing of these documents is a temporary measure, pending resolution of Defendant's motion.

    Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion to Seal Exhibit 21 of Her Motion for Summary Judgment (Doc. No. 60) is **GRANTED**.  The Clerk is directed to seal the above listed document, along with the instant motion (Doc. No. 60) and memorandum in support, which shall remain under seal until further order of the Court.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of November, 2007.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record